No. 5,477.—STATE EX REL. RICHARD P. DORGAN ET AL., RELATORS, *v.* THE DISTRICT COURT OF THE THIRTEENTH JUDICIAL DISTRICT ET AL., RESPONDENTS.

Original application for writ of supervisory control arising out of the same matter referred to above.

Decided February 5, 1924.

PER CURIAM.—Relator's application for writ of supervisory control was presented to the court and after due consideration it is ordered that the same be denied.

*Messrs. Shea & Wiggenhorn,* for Relators.